No. 306. STERN *v.* TEEVAL Co., INC.;

No. 307. NEW YORK *v.* TEEVAL Co., INC.; and

No. 321. TEEVAL Co., INC. *v.* STERN. Court of Appeals of New York. Certiorari denied. *Eugene J. Morris* for petitioner in No. 306. *Nathaniel L. Goldstein,* Attorney General, *Wendell P. Brown,* Solicitor General, and *Abe Wagman,* Special Assistant Attorney General, for the State of New York. *Robert S. Fougner* and *Frank S. Ketcham* for the Teeval Co., Inc. *John P. McGrath* filed a brief for New York City, as *amicus curiae,* supporting the petition in No. 306. Reported below: 301 N. Y. 346, 93 N. E. 2d 884.

No. 346. JAWROWER *v.* LEIGHTON ET AL.; and

No. 350. LEIGHTON ET AL. *v.* JAWROWER. Court of Appeals of New York. Certiorari denied. *Barney Rosenstein* for Jawrower. *Barnet Kaprow* for petitioners in No. 350 and respondents in No. 346. *John P. McGrath* filed a brief for New York City, as *amicus curiae,* supporting the petition in No. 346. Reported below: 301 N. Y. 346, 93 N. E. 2d 884.

No. 308. DEAN MILK Co. *v.* NATIONAL DAIRYMEN ASSOCIATION, INC. C. A. 7th Cir. Certiorari denied. *Fred A. Gariepy* and *Owen Rall* for petitioner. *Daniel M. Schuyler* for respondent. ■

No. 309. BROTHERHOOD OF RAILROAD TRAINMEN *v.* PENNSYLVANIA-READING SEASHORE LINES ET AL. Supreme Court of New Jersey. Certiorari denied. *Lester A. Drenk* and *James M. Davis, Jr.* for petitioner. *James D. Carpenter* for the Pennsylvania-Reading Seashore Lines, respondent. ■